UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

      Plaintiff,

vs.                                                    CASE NO.:

Barge B. 215,

      Defendant, in rem.

_____/

## VERIFIED COMPLAINT IN REM

Plaintiff, INTERNATIONAL SHIP REPAIR AND MARINE SERVICES, INC. ("ISR"), hereby brings this action against Defendant, Barge B. 215, her engines, tackle, etc. and in support thereof would show:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all material times ISR was a company operating a marine repair business in Tampa, Florida.

3. The vessel Barge B. 215 is and will be during the pendency of the process within this district and within the jurisdiction of this Court.

4. On or about November 5, 2018, the Barge B. 215 was delivered to ISR's yard. On the order of the owner of the Barge B. 215, her master, or other representatives, in whose custody the vessel was entrusted by the owner, and who had authority for that

purpose, ISR performed repairs and provided berthing and other necessary services to the Barge B. 215.

5. ISR has in fact provided the services to the Barge B. 215, including these shown on the invoice attached hereto as Exhibit "A" until the present date.

6. As of February 28, 2019, a total of $2,866,215.33 is due and owing to ISR as a result of ISR performing repairs and providing berthing and other necessary services to Barge B. 215.

7. As a result of ISR's performing repairs and providing berthing and other necessary services to the Barge B. 215, ISR is entitled to a maritime lien against the vessel Barge B. 215. Performing repairs and providing berthing and other necessary services is necessary as that term is defined in 46 U.S.C. 31031(4) and as is used in 46 U.S.C. 31342(a).

8. ISR has demanded from the owner and other representatives of the Barge B. 215 payment for its services in the amount of $2,866,215.33. Although duly demanded, the charges have not been paid and the amount remains due and owing to ISR.

9. ISR has retained the undersigned counsel to bring this action on its behalf. In addition, ISR has incurred or will incur certain additional costs of filing this complaint and securing, arresting and holding the defendant vessel interest, costs and attorneys' fees.

WHEREFORE, ISR demands:

1. That process in due form of law according to the rules and practice of this Court and causes of maritime and admiralty jurisdiction may issue against the vessel Barge B. 215, her engines, tackle, etc., citing all persons claiming any interest to appear and answer on oath all and singular the matter states above.

2. That this Court order and adjudge that the vessel Barge B. 215 be condemned and sold to pay the demand, with prejudgment interest, costs and attorneys' fees.

3. That judgment be entered in favor of ISR for the amount of its damages, plus interest, prejudgment interest, costs and reasonable attorneys' fees.

_____
Paul E. Parrish, Esq.
GrayRobinson, PA
Fla. Bar No. 373117
1795 West Nasa Blvd.
Melbourne, FL  32901
Phone:  (321) 727-8100
Facsimile:  (321) 984-4122
Paul.parrish@gray-robinson.com

## VERIFICATION

*[signature]*
George Lorton

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

    Before me, the undersigned authority, personally appeared George Lorton, who was duly sworn and says that he holds the position of President of the Plaintiff, that he has read the foregoing Complaint and is familiar with its contents, which are true to the best of his knowledge. The sources of his information and grounds for his belief are his personal knowledge of the events stated along with his review of Plaintiffs files pertaining to the Tug Marion Bouchard. Plaintiff has authorized affiant to make the representations herein.

    SWORN to and SUBSCRIBED before me this ___8th___ day of __March__ 2019, by __George H. Lorton__ who is personally known to me, or who produced _____ as identification.

*[signature: Jenny S. Cathcart]*
My Commission Expires: 7/30/2020

NOTARY PUBLIC, STATE OF FLORIDA
Printed Name: Jenny S. Cathcart
Commission No. GG004352
(Seal)

JENNY S. CATHCART
MY COMMISSION # GG 004352
EXPIRES: July 30, 2020
Bonded Thru Budget Notary Services