# EXHIBIT “A”



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.

3/1/2019

**Bouchard Transportation Co Inc.**
**Barge B 215**
**Re outstanding invoices:**

| | | |
|---|---|---|
| Interest on Inv# 14538-3B since 1/19/2019 | $ | 9,983.10 |
| Interest on Inv# 14578-1B carried since 1/13/2019 | $ | 4,646.23 |
| Invoice # 14538-4B | $ | 2,583,762.00 |
| Invoice # 14538-5B | $ | `145,824.00 |
| Total | $ | 2,744,215.33 |

| | Total amount Owed 3/01/2019 |
|---|---|
| Balance | $ 2,729,586.00 |
| Total Interest | 14,629.33 |
| Total Due | $ 2,744,215.33 |



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

"Barge B. No. 215", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

Invoice #14538-5B | "Barge B. No. 215" Progress Billing #5 | February 28, 2019

---

Total Invoice Due Upon Receipt . . . . . $ 145,824.00

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established; (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-8563

"Barge B. No. 215", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

| Invoice #14538-5B | "Barge B. No. 215"<br>Progress Billing #5 | February 28, 2019 |
|---|---|---|

Total invoice as per the attached spreadsheet

**See attached spreadsheet**

**Total** **$ 145,824.00**

**Total Invoice Amount Due Upon Receipt . . . . . . . $ 145,824.00**

| Please Send Check To: | Remit Electronic Payment to Domestic | | International |
|---|---|---|---|
| International Ship Repair & Marine Services, Inc. | Beneficiary: | International Ship Repair & Marine Services, Inc. | |
| 1616 Penny Street | Account: | 20001315110 | |
| Tampa, FL 33605 | Bank: | IBERIABANK | IBERIABANK |
| | | 200 W. Congress Street | 200 W. Congress Street |
| | | Lafayette, LA 70501 | Lafayette, LA 70501 USA |
| | ABA Routing Number: 265270413 | | SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

*Bouchard Barge No.215 Berthing Feb*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Quantity (Total) | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| A | GENERAL SERVICES UNTIL FEBRUARY-28th, 2019 (DURING STOPPAGE) | | | | | | |
| | BERTH | | | | | | |
| | Wharfage | day | 28 | $ 1,908 | $ 53,424.00 | $ 53,424.00 | 2/1/19 to 2/28/19 |
| | FIRE PROTECTION | | | | | $ 15,400.00 | |
| | Service per day | day | 28 | $ 550 | $ 15,400.00 | | |
| D | STAGING - DURING STOPPAGE | | | | | $ 77,000.00 | |
| | Staging Rental From Date Work was Stopped | day | 28 | $ 2,750 | $ 77,000.00 | | 2/1/19 to 2/28/19 |
| | | | | | **Total** | $ 145,824.00 | |

INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-4563
www.internationalship.com

"Barge B. No. 215", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

Invoice #14538-4B | "Barge B. No. 215" Progress Billing #4 | January 31, 2019

---

Total Invoice Due Upon Receipt . . . . . $ 2,583,762.00

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE, AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A)

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established; (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 215", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

Invoice #14538-4B | "Barge B. No. 215" Progress Billing #4 | January 31, 2019

International Ship Repair & Marine Services, Inc., respectfully request a payment for 85% completion of work up to date on the Barge B. No. 215 as per agreed signed contract dated November 29, 2018.

**PO# 9054990**
**PO# 9055051**
**PO# 9055131**

**See attached contract & spreadsheet**

**Total** **$ 2,583,762.00**

**Total Invoice Amount Due Upon Receipt . . . . . . . $ 2,583,762.00**

Please Send Check To:
International Ship Repair & Marine Services, Inc.
1616 Penny Street
Tampa, FL 33605

Remit Electronic Payment to Domestic
Beneficiary: International Ship Repair & Marine Services, Inc.
Account: 20001315110
Bank: IBERIABANK
200 W. Congress Street
Lafayette, LA 70501
ABA Routing Number: 265270413

International
IBERIABANK
200 W. Congress Street
Lafayette, LA 70501 USA
SWIFT Address: IBEAUS44

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

***Bouchard Barge No.215 Contract at 85%***

Bouchard Transportation Co.,Inc.
" Barge No.215"

| No. | Item | Unit | Total Quantity | Unit Price | Subtotal | Total Price | Comments |
|---|---|---|---|---|---|---|---|
| A | JOB SET UP | | | | | $ 50,137.00 | |
| PO9054990 | Blow down entire barge | lot | 1 | $ 5,662 | $ 5,662.00 | | |
| PO9055051 | C&D Shore power & delivery of cargo domes | lot | 1 | $ 3,150 | $ 3,150.00 | | |
| CO#103 | Remove / replace cargo domes from deck (50%) | lot | 1 | $ 39,125 | $ 39,125.00 | | |
| PO9055131 | Marine chemist | lot | 1 | $ 2,200 | $ 2,200.00 | | |
| B | GENERAL SERVICES UNTIL JANUARY-31, 2019 (**DURING** STOPPAGE) | | | | | | |
| | BERTH | | | | | | |
| | Wharfage | day | 20 | $ 1,800.00 | $ 36,000.00 | $ 36,000.00 | 1/11/19 to 1/31/19 |
| | FIRE PROTECTION | | | | | $ 11,000.00 | |
| | Service per day | day | 20 | $ 550 | $ 11,000.00 | | |
| C | MAIN DECK STEEL ABS RENEWALS @ 85% progress | lot | 1 | $ 3,570,000 | $ 3,570,000.00 | $ 3,570,000.00 | |
| | Deck steel renewal | | | | | | |
| | Materials purchased [Including blasting & painting] | | | | | | |
| | Panels prefabrication & delivery | | | | | | |
| | Staging already in tanks | | | | | | |
| | Equipment set up on board and on standby | | | | | | |
| D | STAGING - DURING STOPPAGE | | | | | $ 176,625.00 | |
| | Staging Rental From Date Work was Stopped | day | 21 | $ 2,750 | $ 57,750.00 | | 1/11/19 to 1/31/19 |
| | Staging Removal | lot | 1 | $ 118,875 | $ 118,875.00 | | |
| | | | | | **Total** | **$ 3,843,762.00** | |
| | | | | | **Down Payment 8%** | **$ (336,000.00)** | Paid |
| | | | | | **12/15/18 10%** | **$ (420,000.00)** | Paid |
| | | | | | **12%** | **$ (504,000.00)** | Not paid - Due January 20, 2019 |
| | | | | | **Balance for the 85% completion up to date** | **$ 2,583,762.00** | Due upon receipt |

**INTERNATIONAL SHIP REPAIR MARINE SERVICES, INC.**



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET · TAMPA, FL 33605
TEL (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

**"Barge B No. 215", Her Owners and Charterers**
**C/O Bouchard Transportation CO., Inc.**
**58 South Service Road**
**Suite 150**
**Melville, NY 11747**

**Invoice #14538-3B** | **"Barge B No. 215"** **Progress Billing #3** | **January 9, 2019**

**Total Invoice Due January 18, 2019 ….. $ 504,000.00**

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the basis of insured liabilities and terms as set forth below. All terms stated in this offer are final and deemed material to the formation of a contract. They cannot be varied, altered, or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $300,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE, AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed, or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub-contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or cleanup of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established; (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties or interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.

1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

"Barge B No. 215", Her Owners and Charterers
**C/O Bouchard Transportation CO., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

Invoice #14538-3B

"Barge B No. 215"
Progress Billing #3

January 9, 2019

International Ship Repair & Marine Services, Inc., respectfully requests a 12% progress payment for work being performed on the Barge B No. 215 as per agreed signed contract dated November 29, 2018.

**See attached contract**

**Total** **$ 504,000.00**

**Total Invoice Amount Due January 18, 2019..................$ 504,000.00**

| Please Send Check To: | Remit Electronic Payment to Domestic | International |
| --- | --- | --- |
| International Ship Repair & Marine Services, Inc.<br>1616 Penny Street<br>Tampa, FL 33605 | Beneficiary: International Ship Repair & Marine Services, Inc.<br>Account: 20001315110<br>Bank: IBERIABANK<br>200 W. Congress Street<br>Lafayette, LA 70501<br>ABA Routing Number: 265270413 | IBERIABANK<br>200 W. Congress Street<br>Lafayette, LA 70501 USA<br>SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.



ENTERED JAN 08 2019

INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET · TAMPA, FL 33605
TEL: (813) 247-1118 · FAX (813) 247-6553
www.internationalship.com

**"Barge B. No. 215", Her Owners and Charterers**
**C/O Bouchard Transportation Co., Inc.**
**58 South Service Road**
**Suite 150**
**Melville, NY 11747**

**Invoice #14578-1B Rev 1** | **"Barge B. No. 215"** **PO# 9055126** | **December 14, 2018**

Partial [illegible]

**Total Invoice Due December 14, 2018 . . . . . $ 203,715.00**

1. International Ship Repair & Marine Services, Inc., hereinafter referred to as INTERNATIONAL, expressly conditions its contract for vessel repair and other services upon the terms of limited liabilities and terms as set forth below. All terms stated in this offer are fixed and deemed material to the formation of a contract. They cannot be varied, altered or changed by implication or by any means other than an express, written agreement specifically incorporating the different terms signed by an Officer of INTERNATIONAL. Written acceptance containing terms not consistent with any of the terms herein stated or which shall be deemed to alter materially the terms below is ineffective as an acceptance but may at INTERNATIONAL's sole option be deemed a counter-offer and as such accepted for the purpose of forming a contract but only by INTERNATIONAL's express, written acceptance of such inconsistent terms.

2. In no event shall INTERNATIONAL's liability for any claim arising under this contract exceed in the aggregate the sum of $500,000.00. INTERNATIONAL is not liable for any loss, damage or delay resulting from strikes or labor difficulties, whatsoever, and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control.

3. INTERNATIONAL is not liable for defective workmanship or material, whether latent or otherwise, or for damage to any vessel or for any loss sustained by its owners, charterers or underwriters, or parties in interest, directly or indirectly, in contract, tort or otherwise, unless the same is caused solely by the negligence of INTERNATIONAL's own plant employees, which negligence shall not be presumed but must be affirmatively established. INTERNATIONAL's liability, if any, is strictly limited to the cost of repair, correction or replacement thereof AND IN NO EVENT SHALL INTERNATIONAL BE LIABLE FOR ANY CONSEQUENTIAL DAMAGE WHATSOEVER, INCLUDING, BUT WITHOUT LIMITATION, FAULTY OR NEGLIGENT DESIGN OR MANUFACTURE, DELAY, DETENTION, DEMURRAGE, TOWAGE, PILOTAGE, AND OTHER CONSEQUENTIAL DAMAGES LISTED IN PARAGRAPH 6(A).

4. INTERNATIONAL shall be discharged from all liability for defective workmanship or material or for loss or damage, unless the same is discovered prior to and claim in writing made to INTERNATIONAL within thirty days and litigation commenced within 180 days after INTERNATIONAL's work has ceased for whatever reason or has been completed or the vessel has been redelivered, whichever first occurs.

5. Should INTERNATIONAL be acting as a prime or sub contractor it shall be the duty of the authorized agent or prime contractor of the vessel to notify the vessel owners, agents, charterers, underwriters or other parties interested therein of the terms and conditions contained herein, since failure to do so shall not be considered a waiver of or a defense to any terms or conditions contained herein.

6. IN THE ABSENCE OF SPECIAL AGREEMENT UNDER PARAGRAPH 10, INTERNATIONAL SHALL IN NO EVENT BE LIABLE FOR: (A) special or consequential damages of any nature whatsoever arising out of or in connection with work or services performed by INTERNATIONAL including, but without limitation, delay, detention, demurrage, towage, pilotage, wreck removal, loss of use of vessel, profits, or expenses, fines or damages arising out of the spillage or discharge of oil or other pollutant; (B) any loss, damage or delay resulting from strikes, labor difficulties, floods, hurricanes, and all similar causes whatsoever and wheresoever occurring, or for stoppage of work due to causes beyond INTERNATIONAL's control; (C) any claim for personal injury, death or property damage unless the same is caused by INTERNATIONAL's sole negligence, which negligence shall not be presumed but must be affirmatively established; (D) the cost of defense, including attorney's fees, of any action whether commenced by INTERNATIONAL's employees, subcontractor's employees or any other parties of interest whatsoever against the vessel, its owners, agents, charterers, underwriters or other parties interested therein.

7. INTERNATIONAL has a maritime lien on any vessel serviced for the value of all work, labor, materials or services supplied to it by INTERNATIONAL, and nothing contained in these conditions shall be construed as a waiver of said lien. In the event it is necessary for INTERNATIONAL to engage the services of an attorney to collect sums owed for any work, labor, materials or services supplied by INTERNATIONAL, the vessel, its owner, and other parties responsible for the payment of INTERNATIONAL's charges agree to pay all costs of collection, including a reasonable attorney fee.

8. THE FOREGOING IS IN LIEU OF ALL WARRANTIES AND LIABILITIES, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, and any document which unilaterally purports to alter or increase INTERNATIONAL's liability beyond that stated herein is expressly rejected by INTERNATIONAL and does not form a part of this contract.

9. Invalidity of any one or more items or provisions of this contract shall not affect or impair the remaining provisions. This contract may not be changed orally.

10. Consent of more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before the vessel enters INTERNATIONAL's yard or work is commenced, whichever first occurs, and an adjustment is made in the price to include the cost of appropriate additional insurance.

11. It is agreed that terms for payment in full of any invoice submitted for work performed shall be net cash and that any amounts unpaid for more than 30 days shall be subject to a service charge of 1 1/2% per month compounded monthly from the date of the invoice. The service charge shall continue on any remaining balance until the invoice, including amounts that may be in dispute, is paid in full.



INTERNATIONAL SHIP REPAIR & MARINE SERVICES, INC.
1616 PENNY STREET • TAMPA, FL 33605
TEL: (813) 247-1118 • FAX: (813) 247-6553

"Barge B. No. 215", Her Owners and Charterers
C/O **Bouchard Transportation Co., Inc.**
58 South Service Road
Suite 150
Melville, NY 11747

**Invoice #14578-1B Rev 1** "Barge B. No. 215" PO# 9055126 December 14, 2018

International Ship Repair & Marine Services, Inc., respectfully request a progress payment of 75% completed work on the Barge B. No. 215

**See attached spreadsheet**

| | |
|---|---|
| **Total** | **$ 271,620.00** |
| **Progress Bill 75% Work Complete** | **$ 203,715.00** |
| **Total Invoice Amount Due Upon Receipt ............** | **$ 203,715.00** |

| Please Send Check To: | Remit Electronic Payment to Domestic | | International |
|---|---|---|---|
| International Ship Repair & Marine Services, Inc. | Beneficiary: | International Ship Repair & Marine Services, Inc. | |
| 1616 Penny Street | Account: | 20001315110 | |
| Tampa, FL 33605 | Bank: | IBERIABANK<br>200 W. Congress Street<br>Lafayette, LA 70501 | IBERIABANK<br>200 W. Congress Street<br>Lafayette, LA 70501 USA |
| | ABA Routing Number: 265270413 | | SWIFT Address: IBEAUS44 |

If you have any questions in regard to the wire transfer information contact Eileen Croal, International Ship Repair at 813-247-1118.

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | Subtotal | Total Price | |
|---|---|---|---|---|---|---|---|
| 10 | Deck Work | | | | | | |
| 10.1 | Emergency Tow Wire | | | | | $ 9,820.00 | 50% |
| | Remove 480' ft long X 2 1/4" diameter cable | lot | 1 | $ 6,940 | $ 6,840.00 | | |
| | Cut 80 ton shackle to remove and renew with owner furnished shackle | | | | Included | | |
| | Renew (24) 3" x 4" x 3/8" angle iron securing clips | ea | 24 | $ 120 | $ 2,880.00 | | |
| 10.2 | Bow Baton Roller | | | | | | |
| | Free up existing 10" roller | mhrs | 12 | $ 70 | $ 840.00 | $ 840.00 | 75% |
| | Drill and tap hole for and install grease fitting for crew to grease the roller. | | | | | | |
| 10.3 | Replace Manifold Valves | | | | | $ 30,000.00 | 100% |
| | Replace (12) 12" manifold valves | ea | 12 | $ 2,100 | $ 25,200.00 | | |
| | Bench test new valves and install with new gaskets and hardware | ea | 12 | $ 400 | $ 4,800.00 | | |
| 10.4 | Cargo PV valves | | | | | $ 15,790.00 | 100% |
| | Remove (16) 2/12" PV Valves and rig to shop. | lot | 1 | $ 1,930 | $ 1,930.00 | | |
| | Disassemble, clean, and test for class inspection. | lot | 16 | $ 731 | $ 11,700.00 | | |
| | Reinstall as original | lot | 1 | $ 2,160 | $ 2,160.00 | | |
| 10.5 | Roof Top Vent Louvers | mhrs | 64 | $ 70 | $ 4,480.00 | $ 4,480.00 | 100% |
| | Port Aft Pump House | | | | | | |
| | Stbd. Ballast House | | | | | | |
| | Port Generator / Boiler House | | | | | | |
| 10.6 | Cargo Access / Heating Assemblies | | | Price to Follow | | | 0% |
| 10.7 | Manifold Spools | | | | | | 50% |
| | Unbolt (7) spools | | | | | | |
| | Blast and coat with (2) coats of owner furnished high temp paint | | | | | | |
| | Rig (7) spools + (5) loose spools to vessel & reinstall (7) with new gaskets and hardware | | | | | | |
| 10.8 | Port Midship Deck Box | | | Cancel | | | |
| 10.9 | Center Booby Hatch Door | lot | 1 | $ 5,680 | $ 5,680.00 | $ 5,680.00 | 0% |
| 10.11 | Port / Stbd Grating Area | lot | 1 | $ 16,590 | $ 16,590.00 | $ 16,590.00 | 100% |
| 10.12 | Port / Stbd Hose Rack Supports | lot | 1 | $ 26,000 | $ 26,000.00 | $ 26,000.00 | 75% |
| 10.13 | Thermo Wells Temp Gage Point Pipes (16 locations) | | | Price to Follow | | | |
| 10.14 | Port / Stbd. Drip Pan Heating Line Valves | lot | 1 | $ 410 | $ 410.00 | $ 410.00 | 0% |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Quantity | Unit Price | Subtotal | Total Price | |
|---|---|---|---|---|---|---|---|
| 10.15 | Port / Stbd. Rope Boxes at the Fwd. Breakwater | | | | Included in Item 10.11 | | |
| 10.16 | Walkover and Access Deck Tread Renewals | lot | 1 | $ 9,000 | $ 9,000.00 | $ 9,000.00 | 100% |
| 10.17 | Port / Stbd. Floodlight Posts | lot | 1 | $ 5,000 | $ 5,000.00 | $ 5,000.00 | 100% |
| 10.17 | Yokohama Fenders | | | | | $ 2,200.00 | 50% |
| | Remove fenders to shop / rig back into place | lot | 1 | $ 2,200 | $ 2,200.00 | | |
| | Rework ends | | | | | | |
| 10.18 | Cargo Pump Drains | | | | Price to Follow | | |
| 10.20 | Watertight Door Repairs | | | | | $ 27,760.00 | 50% |
| | Port Generator House | lot | 1 | $ 27,760 | $ 27,760.00 | | |
| | Port Boiler Room Inboard Door | | | | | | |
| | Port Boiler Room Aft Door | | | | | | |
| | Port Ballast Pump Room | | | | | | |
| | Port Cargo Pump House Inboard Door | | | | | | |
| | Port Cargo Pump House Aft. Door | | | | | | |
| | Stbd. Barge Office Inboard Door | | | | | | |
| | Stbd. Ballast Pump House Aft. Door | | | | | | |
| | Stbd Pump House Inboard Door | | | | | | |
| | Stbd Pump House Outboard Aft. Door | | | | | | |
| | Stbd Pump House Outboard Fwd. Door | | | | | | |
| | Pollution House Door | | | | | | |
| 10.21 | Hydraulic Repairs | | | | Price to Follow | | |
| 10.22 | Stbd. Aft Storage Box | | | | Cancel | | |
| 10.23 | Cargo Pumps Piping and Gages | lot | 1 | $ 4,480 | $ 4,480.00 | $ 4,480.00 | 100% |
| 10.24 | Port Aft Cabinet Aft Pipe Repairs | lot | 1 | $ 4,010 | $ 4,010.00 | $ 4,010.00 | 50% |
| 10.25 | Port and Stbd. Fwd. Hold Hatches | | | | Price to Follow | | |
| 10.26 | Secure Loose Equipment | | | | Cancel | | |
| 10.27 | [illegible] | lot | 1 | $ 12,820 | $ 12,820.00 | $ 12,820.00 | 100% |
| 10.28 | No. 2 Cargo Pump Reducer Fan Guard | lot | 1 | $ 950 | $ 950.00 | $ 950.00 | 5% |
| 10.29 | Ballast Water Residual | | | | Price to Follow | | |
| 10.30 | Ballast Piping Testing | lot | 1 | $ 5,000 | $ 5,000.00 | $ 5,000.00 | 0% |

**INTERNATIONAL SHIP REPAIR MARINE SERVICES, INC.**

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | Subtotal | Total Price | |
|---|---|---|---|---|---|---|---|
| 10.31 | Vapor Tightness Test | lot | 1 | $ 12,800 | $ 12,800.00 | $ 12,800.00 | 0% |
| 10.32 | Aft Stbd. Longitudinal Walkway Crossover | lot | 1 | $ 3,165 | $ 3,165.00 | $ 3,165.00 | 100% |
| 10.33 | Centerline Pipe Support Frame Repair | ea | 30 | $ 754 | $ 22,630.00 | $ 22,630.00 | 100% |
| 10.34 | [illegible] Side Ballast Tank Steel Repairs | lot | 1 | $ 15,475 | $ 15,475.00 | $ 15,475.00 | 50% |
| 10.35 | Cargo House [illegible], Repairs | lot | 1 | $ 2,760 | $ 2,760.00 | $ 2,760.00 | 100% |
| 10.36 | Stbd. Ballast Pump Piping | | | | Price to Follow | | |
| 10.37 | Electrical [illegible] | mhrs | 64 | $ 70 | $ 4,480.00 | $ 4,480.00 | 0% |
| 10.38 | Bow Center Hold Main Deck Entrance | lot | 1 | $ 3,000 | $ 3,000.00 | $ 3,000.00 | 0% |
| 10.39 | Vapor Pipe Clean and Coat | | | | Price to Follow | | |
| 10.40 | Cargo Pump Engine Emergency Shutdown Cable | mhrs | 8 | $ 70 | $ 560.00 | $ 560.00 | 100% |
| 10.41 | Stbd. Fwd Rake Repairs | lot | 1 | $ 7,510 | $ 7,510.00 | $ 7,510.00 | 40% |
| 10.42 | Port Fwd. Rake Repairs | lot | 1 | $ 18,410 | $ 18,410.00 | $ 18,410.00 | 10% |
| | Set - Up Costs | | | | | | |
| PO# | Description | | | | | | |
| [illegible] | [illegible] Entire Barge | lot | 1 | $ 5,662 | $ 5,662.00 | $ 5,662.00 | 100% |
| [illegible] | Shore Power Conn/Disconn and Deliver Cargo Domes | lot | 1 | $ 3,150 | $ 3,150.00 | $ 3,150.00 | 100% |

**INTERNATIONAL SHIP REPAIR MARINE SERVICES, INC.**

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | | Unit | Total Quantity | Unit Price | Subtotal | Total Price |
|---|---|---|---|---|---|---|---|
| 10 | Deck Work | | | | | | |
| 10.1 | Emergency Tow Wire | 50% | | | | | $ 9,820.00 |
| | Remove 480' ft long X 2 1/4" diameter cable | | lot | 1 | $ 6,940 | $ 6,940.00 | |
| | Cut 80 ton shackle to remove and renew with owner furnished shackle | | | | | Included | |
| | Renew (24) 3" x 4" x 3/8" angle iron securing clips | | ea | 24 | $ 120 | $ 2,880.00 | |
| 10.2 | Bow Button Roller | | | | | | |
| | Free up existing 10" roller | 50% | mhrs | 12 | $ 70 | $ 840.00 | $ 840.00 |
| | Drill and tap hole for and install grease fitting for crew to grease the roller. | | | | | | |
| 10.3 | Replace Manifold Valves | | | | | | $ 30,000.00 |
| | Replace (12) 12" manifold valves | 100% | ea | 12 | $ 2,100 | $ 25,200.00 | |
| | Bench test new valves and install with new gaskets and hardware | | ea | 12 | $ 400 | $ 4,800.00 | |
| 10.4 | Cargo P/V valves | | | | | | $ 15,790.00 |
| | Remove (16) 2/12" PV Valves and rig to shop. | 100% | lot | 1 | $ 1,930 | $ 1,930.00 | |
| | Disassemble, clean, and test for class inspection. | | lot | 16 | $ 731 | $ 11,700.00 | |
| | Reinstall as original | | lot | 1 | $ 2,160 | $ 2,160.00 | |
| 10.5 | Roof Top Vent Louvers | 100% | mhrs | 64 | $ 70 | $ 4,480.00 | $ 4,480.00 |
| | Port Aft Pump House | | | | | | |
| | Stbd. Ballast House | | | | | | |
| | Port Generator / Boiler House | | | | | | |
| 10.6 | Cargo Access / Heating Assemblies | 0% | | | | Price to Follow | |
| 10.7 | Manifold Spools | 40% | | | | | |
| | Unbolt (7) spools | | | | | | |
| | Blast and coat with (2) coats of owner furnished high temp paint | | | | | | |
| | Rig (7) spools + (5) loose spools to vessel & reinstall (7) with new gaskets and hardware | | | | | | |
| 10.8 | Port Midship Deck Box | X | | | | Cancel | |
| 10.9 | Center Booby Hatch Door | 0% | lot | 1 | $ 5,680 | $ 5,680.00 | $ 5,680.00 |
| 10.11 | Port / Stbd Grating Area | 100% | lot | 1 | $ 16,590 | $ 16,590.00 | $ 16,590.00 |
| 10.12 | Port / Stbd Hose Rack Supports | 75% | lot | 1 | $ 26,000 | $ 26,000.00 | $ 26,000.00 |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | (handwritten) | Unit | Total Quantity | Unit Price | Subtotal | Total Price |
|---|---|---|---|---|---|---|---|
| 10.13 | Thermo Wells Temp Gage Point Pipes (16 locations) | 0 % | | | | Price to Follow | |
| 10.14 | Port / Stbd. Drip Pan Heating Line Valves | 0 % | lot | 1 | $ 410 | $ 410.00 | $ 410.00 |
| 10.15 | Port / Stbd. Rope Boxes at the Fwd. Breakwater | X | | | | Included in Item 10.11 | |
| 10.16 | Walkover and Access Stair Tread Removals | 100 % | lot | 1 | $ 9,000 | $ 9,000.00 | $ 9,000.00 |
| 10.17 | Port / Stbd. Floodlight Posts | 100 % | lot | 1 | $ 5,000 | $ 5,000.00 | $ 5,000.00 |
| 10.18 | Yokohama Fenders | 50 % | | | | | $ 2,200.00 |
| | Remove fenders to shop / rig back into place | | lot | 1 | $ 2,200 | $ 2,200.00 | |
| | Rework ends | | | | | | |
| 10.19 | Cargo Pump Drains | & | | | | Price to Follow | |
| 10.20 | Watertight Door Repairs | 90 % | | | | | $ 27,760.00 |
| | Port Generator House | need chalk test | lot | 1 | $ 27,760 | $ 27,760.00 | |
| | Port Boiler Room Inboard Door | | | | | | |
| | Port Boiler Room Aft Door | | | | | | |
| | Port Ballast Pump Room | | | | | | |
| | Port Cargo Pump House Inboard Door | | | | | | |
| | Port Cargo Pump House Aft. Door | | | | | | |
| | Stbd. Barge Office Inboard Door | | | | | | |
| | Stbd. Ballast Pump House Aft. Door | | | | | | |
| | Stbd Pump House Inboard Door | | | | | | |
| | Stbd Pump House Outboard Aft. Door | | | | | | |
| | Stbd Pump House Outboard Fwd. Door | | | | | | |
| | Pollution House Door | | | | | | |
| 10.21 | Hydraulic Repairs | X | | | | Price to Follow | |
| 10.22 | Stbd. Aft Storage Box | X | | | | Cancel | |
| 10.23 | Cargo Pumps Piping and Gages | 100 % | lot | 1 | $ 4,480 | $ 4,480.00 | $ 4,480.00 |
| 10.24 | Port Aft Capstan Kick Pipe Repairs | 50 % | lot | 1 | $ 4,010 | $ 4,010.00 | $ 4,010.00 |
| 10.25 | Port and Stbd. Fwd. Void Hatches | X | | | | Price to Follow | |
| 10.26 | Secure Loose Equipment | X | | | | Cancel | |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | | Subtotal | | Total Price | |
|---|---|---|---|---|---|---|---|---|---|
| 10.27 | Draft Marks 100 % | lot | 1 | $ | 12,820 | $ | 12,820.00 | $ | 12,820.00 |
| 10.28 | No. 2 Cargo Pump Radiator Fan Guard X | lot | 1 | $ | 950 | $ | 950.00 | $ | 950.00 |
| 10.29 | Ballast Water Removal X | | | | | Price to Follow | | | |
| 10.30 | Ballast Piping Testing O | lot | 1 | $ | 5,000 | $ | 5,000.00 | $ | 5,000.00 |
| 10.31 | Vapor Tightness Test O | lot | 1 | $ | 12,800 | $ | 12,800.00 | $ | 12,800.00 |
| 10.32 | Aft. Stbd. Longitudal Walkway Crossover 100 % | lot | 1 | $ | 3,165 | $ | 3,165.00 | $ | 3,165.00 |
| 10.33 | Centerline Pipe Support Frame Repair 100 % | ea | 30 | $ | 754 | $ | 22,630.00 | $ | 22,630.00 |
| 10.34 | #1 Stbd Ballast Tank Steel Repairs 40 % | lot | 1 | $ | 15,475 | $ | 15,475.00 | $ | 15,475.00 |
| 10.35 | Condo House Skirting Repairs 100 % | lot | 1 | $ | 2,760 | $ | 2,760.00 | $ | 2,760.00 |
| 10.36 | Stbd. Ballast Pump Piping X | | | | | Price to Follow | | | |
| 10.37 | Electrical Brackets 0 % | mhrs | 64 | $ | 70 | $ | 4,480.00 | $ | 4,480.00 |
| 10.38 | Bow Center Void Main Deck Entrance 0 % | lot | 1 | $ | 3,000 | $ | 3,000.00 | $ | 3,000.00 |
| 10.39 | Vapor Pipe Clean and Coat 0 % | | | | | Price to Follow | | | |
| 10.40 | Cargo Pump Engine Emergency Shutdown Cable 100 % | mhrs | 8 | $ | 70 | $ | 560.00 | $ | 560.00 |
| 10.41 | Stbd. Fwd Rake Repairs 30 % | lot | 1 | $ | 7,510 | $ | 7,510.00 | $ | 7,510.00 |
| 10.42 | Port Fwd. Rake Repairs 0 | lot | 1 | $ | 18,410 | $ | 18,410.00 | $ | 18,410.00 |
| | Set - Up Costs | | | | | | | | |
| PO# | Description | | | | | | | | |
| 9054990 | Blow Down Entire Barge | lot | 1 | $ | 5,662 | $ | 5,662.00 | $ | 5,662.00 |
| 9055051 | Shore Power Conn/Disconn and Deliver Cargo Domes | lot | 1 | $ | 3,150 | $ | 3,150.00 | $ | 3,150.00 |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Quantity (Total) | Unit Price | Subtotal | Total Price |
|---|---|---|---|---|---|---|
| | | | | | **TOTAL** | $ 280,432.00 |
| | | | | **Progress Bill 75% Work Complete** | | $ 203,715.00 |

**INTERNATIONAL SHIP REPAIR MARINE SERVICES, INC.**

**Page 4 of 4**

ISR Proposal 18-228

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | | Subtotal | | Total Price |
|---|---|---|---|---|---|---|---|---|
| 10 | Deck Work | | | | | | | |
| 10.1 | Emergency Tow Wire | | | | | | $ | 9,820.00 |
| | Remove 480' ft long X 2 1/4" diameter cable | lot | 1 | $ | 6,940 | $ 6,940.00 | | |
| | Cut 80 ton shackle to remove and renew with owner furnished shackle | | | | | Included | | |
| | Renew (24) 3" x 4" x 3/8" angle iron securing clips | ea | 24 | $ | 120 | $ 2,880.00 | | |
| 10.2 | Bow Button Roller | | | | | | | |
| | Free up existing 10" roller | mhrs | 12 | $ | 70 | $ 840.00 | $ | 340.00 |
| | Drill and tap hole for and install grease fitting for crew to grease the roller. | | | | | | | |
| 10.3 | Replace Manifold Valves | | | | | | $ | 30,000.00 |
| | Replace (12) 12" manifold valves | ea | 12 | $ | 2,100 | $ 25,200.00 | | |
| | Bench test new valves and install with new gaskets and hardware | ea | 12 | $ | 400 | $ 4,800.00 | | |
| 10.4 | Cargo P/V valves | | | | | | $ | 15,790.00 |
| | Remove (16) 2/12" PV Valves and rig to shop. | lot | 1 | $ | 1,930 | $ 1,930.00 | | |
| | Disassemble, clean, and test for class inspection. | lot | 16 | $ | 731 | $ 11,700.00 | | |
| | Reinstall as original | lot | 1 | $ | 2,160 | $ 2,160.00 | | |
| 10.5 | Roof Top Vent Louvers | mhrs | 64 | $ | 70 | $ 4,480.00 | $ | 4,480.00 |
| | Port Aft Pump House | | | | | | | |
| | Stbd. Ballast House | | | | | | | |
| | Port Generator / Boiler House | | | | | | | |
| 10.6 | Cargo Access / Heating Assemblies | | | | | Price to Follow | | |
| 10.7 | Manifold Spools | | | | | | | |
| | Unbolt (7) spools | | | | | | | |
| | Blast and coat with (2) coats of owner furnished high temp paint | | | | | | | |
| | Rig (7) spools + (5) loose spools to vessel & reinstall (7) with new gaskets and hardware | | | | | | | |
| 10.8 | Port Midship Deck Box | | | | | Cancel | | |
| 10.9 | Center Booby Hatch Door | lot | 1 | $ | 5,680 | $ 5,680.00 | $ | 5,680.00 |
| 10.11 | Port / Stbd Grating Area | lot | 1 | $ | 16,590 | $ 16,590.00 | $ | 16,590.00 |
| 10.12 | Port / Stbd Hose Rack Supports | lot | 1 | $ | 26,000 | $ 26,000.00 | $ | 26,000.00 |
| 10.13 | Thermo Wells Temp Gage Point Pipes (16 locations) | | | | | Price to Follow | | |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | Subtotal | Total Price |
|---|---|---|---|---|---|---|
| 10.14 | Port / Stbd. Drip Pan Heating Line Valves | lot | 1 | $ 410 | $ 410.00 | $ 410.00 |
| 10.15 | Port / Stbd. Rope Boxes at the Fwd. Breakwater | | | | Included in Item 10.11 | |
| 10.16 | Walkover and Access Stair Tread Removals | lot | 1 | $ 9,000 | $ 9,000.00 | $ 9,000.00 |
| 10.17 | Port / Stbd. Floodlight Posts | lot | 1 | $ 5,000 | $ 5,000.00 | $ 5,000.00 |
| 10.18 | Yokohama Fenders | | | | | $ 2,200.00 |
| | Remove fenders to shop / rig back into place | lot | 1 | $ 2,200 | $ 2,200.00 | |
| | Rework ends | | | | | |
| 10.19 | Cargo Pump Drains | | | | Price to Follow | |
| 10.20 | Watertight Door Repairs | | | | | $ 27,760.00 |
| | Port Generator House | lot | 1 | $ 27,760 | $ 27,760.00 | |
| | Port Boiler Room Inboard Door | | | | | |
| | Port Boiler Room Aft Door | | | | | |
| | Port Ballast Pump Room | | | | | |
| | Port Cargo Pump House Inboard Door | | | | | |
| | Port Cargo Pump House Aft. Door | | | | | |
| | Stbd. Barge Office Inboard Door | | | | | |
| | Stbd. Ballast Pump House Aft. Door | | | | | |
| | Stbd Pump House Inboard Door | | | | | |
| | Stbd Pump House Outboard Aft. Door | | | | | |
| | Stbd Pump House Outboard Fwd. Door | | | | | |
| | Pollution House Door | | | | | |
| 10.21 | Hydraulic Repairs | | | | Price to Follow | |
| 10.22 | Stbd. Aft Storage Box | | | | Cancel | |
| 10.23 | Cargo Pumps Piping and Gages | lot | 1 | $ 4,480 | $ 4,480.00 | $ 4,480.00 |
| 10.24 | Port Aft Capstan Kick Pipe Repairs | lot | 1 | $ 4,010 | $ 4,010.00 | $ 4,010.00 |
| 10.25 | Port and Stbd. Fwd. Void Hatches | | | | Price to Follow | |
| 10.26 | Secure Loose Equipment | | | | Cancel | |
| 10.27 | Draft Marks | lot | 1 | $ 12,820 | $ 12,820.00 | $ 12,820.00 |

*ISR Proposal 18-228*

**Bouchard Transportation Co.,Inc.**
**" Barge No.215"**

| No. | Item | Unit | Total Quantity | Unit Price | | Subtotal | | Total Price |
|---|---|---|---|---|---|---|---|---|
| 10.28 | No. 2 Cargo Pump Radiator Fan Guard | lot | 1 | $ | 950 | $ 950.00 | $ | 950.00 |
| 10.29 | Ballast Water Removal | | | | | Price to Follow | | |
| 10.30 | Ballast Piping Testing | lot | 1 | $ | 5,000 | $ 5,000.00 | $ | 5,000.00 |
| 10.31 | Vapor Tightness Test | lot | 1 | $ | 12,800 | $ 12,800.00 | $ | 12,800.00 |
| 10.32 | Aft. Stbd. Longitudal Walkway Crossover | lot | 1 | $ | 3,165 | $ 3,165.00 | $ | 3,165.00 |
| 10.33 | Centerline Pipe Support Frame Repair | ea | 30 | $ | 754 | $ 22,630.00 | $ | 22,630.00 |
| 10.34 | #1 Stbd Ballast Tank Steel Repairs | lot | 1 | $ | 15,475 | $ 15,475.00 | $ | 15,475.00 |
| 10.35 | Condo House Skirting Repairs | lot | 1 | $ | 2,760 | $ 2,760.00 | $ | 2,760.00 |
| 10.36 | Stbd. Ballast Pump Piping | | | | | Price to Follow | | |
| 10.37 | Electrical Brackets | mhrs | 64 | $ | 70 | $ 4,480.00 | $ | 4,480.00 |
| 10.38 | Bow Center Void Main Deck Entrance | lot | 1 | $ | 3,000 | $ 3,000.00 | $ | 3,000.00 |
| 10.39 | Vapor Pipe Clean and Coat | | | | | Price to Follow | | |
| 10.40 | Cargo Pump Engine Emergency Shutdown Cable | mhrs | 8 | $ | 70 | $ 560.00 | $ | 560.00 |
| 10.41 | Stbd. Fwd Rake Repairs | lot | 1 | $ | 7,510 | $ 7,510.00 | $ | 7,510.00 |
| 10.42 | Port Fwd. Rake Repairs | lot | 1 | $ | 18,410 | $ 18,410.00 | $ | 18,410.00 |

**TOTAL** $ 271,620.00

**Progress Bill 75% Work Complete** $ 203,715.00

**Purchase Order No.: 9054990**

**Revision: 0**

Bouchard Transportation Co., Inc.

**Fax:**
**Contact:** SIMPSON, ERIC
**Tax Id:**
**Phone:**

**Supplier:** INTERNATIONAL SHIP REPAIR AND
DANIELLE M. BOUCHARD
1616 PENNY STREET
TAMPA, FL. 33605
TAMPA, FL USA

**Phone:**
**Fax:**
**e-mail:**
**Contact:**
**Vendor Ref.:**

**Ship To:**

**Phone:**
**Fax:**
**e-mail:**
**Contact:**
**Port:**

**Issue Date:** 10/26/2018
**Account No.:** REPAIRS
**FOB:**
**Terms:**

**Contract No.:**
**Local Tax:** Exempt

**PO Type:** PO
**National Tax:** Subject
**Ship Via:**
**Delivery By:**
**Invoice To:**
**Tax Id:**
**Phone:**
**e-mail:**

**RFQ No.:**

**Remarks:**

| No. | Qty Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | B. No. 215 (B215) | IMO No.: Hull No.: | | |
| 1 | 1.00 | Blow down entire barge<br><br>SR No.: 6017692<br>Account No.: REPAIRS Repairs<br>Item Category:<br>Project No.:<br>Scheduled for: 10/26/2018<br>Findings: | 5,662.00 | 5,662.00 |

| | |
|---|---|
| **Item Subtotal:** | 5,662.00 |
| **Local Tax:** | 0.00 |
| **National Tax / VAT:** | 0.00 |
| **Freight:** | 0.00 |
| **Discount (0.00% except as otherwise noted):** | 0.00 |
| **Total Cost:** | 5,662.00 |

**Currency:** USD
**PO Created:** 10/26/2018
**Confirming:**
**ISSUED BY SIMPSON, ERIC**

**Purchasing Authority:** [signature]

**Purchase Order No.: 9055051** **Revision: 0**

Bouchard Transportation Co., Inc.

Fax:
Contact: SIMPSON, ERIC
Tax Id:
Phone:

Supplier: INTERNATIONAL SHIP REPAIR AND
DANIELLE M. BOUCHARD
1616 PENNY STREET
TAMPA, FL. 33605
TAMPA, FL USA

Phone:
Fax:
e-mail:
Contact:
Vendor Ref.:

Ship To:

Phone:
Fax:
e-mail:
Contact:
Port:

Issue Date: 10/31/2018
Account No.: REPAIRS
FOB:
Terms:

Contract No.:
Local Tax: Exempt

PO Type: PO
National Tax: Subject
Ship Via:
Delivery By:
Invoice To:
Tax Id:
Phone:
e-mail:

RFQ No.:

Remarks:

| No. | Qty Unit | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| | B. No. 215 (B215) | IMO No.: Hull No.: | | |
| 1 | 1.00 | shore power conection and disconect cargo dome delivery | 3,150.00 | 3,150.00 |

SR No.: 8017744
Account No.: REPAIRS Repairs
Project No.:
Item Category:
Scheduled for: 10/31/2018
Findings:

| | |
|---|---|
| Item Subtotal: | 3,150.00 |
| Local Tax: | 0.00 |
| National Tax / VAT: | 0.00 |
| Freight: | 0.00 |
| Discount (0.00% except as otherwise noted): | 0.00 |
| Total Cost: | 3,150.00 |

Currency: USD
PO Created: 10/31/2018
Confirming:
ISSUED BY SIMPSON, ERIC

Purchasing Authority: ______