UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

v.                                Case No. 8:19-cv-605-T-36CPT

BARGE B. 215,

    Defendant.
_____/

**ORDER**

This matter is before the Court on the *Motion for Order Directing Issuance of Warrant of Arrest in Rem* filed by Plaintiff International Ship Repair and Marine Services, Inc. (Doc. 2). Pursuant to Supplemental Rule (C)(1) and Local Admiralty Rule 7.03(b)(1), the Plaintiff's motion is GRANTED, and the Clerk is directed to issue a warrant of arrest (Doc. 2-1 at 1-2) in the above-styled action.

DONE and ORDERED in Tampa, Florida, this 15th day of March 2019.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies furnished to:
Counsel of record
Any unrepresented party