UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

vs.                                    CASE NO.: 8:19-cv-00605-CEH-CPT

BARGE B. 215,

    Defendant.
_____/

**CONFIRMATION OF SALE**

    The records in this action indicate that no objection has been filed to the sale of property conducted by the U.S. Marshal on June 11, 2020.

    THEREFORE, in accordance with Local Admiralty Rule 7.05(r)(6), the sale to INTERNATIONAL SHIP REPAIR AND MARINE SERVICES, INC. shall stand confirmed as of June 18, 2020.

    DONE at Tampa, Florida, this _____ day of _____, 2020.

                                ELIZABETH WARREN, CLERK OF THE COURT

                                By: _____
                                          Deputy Clerk

cc:    U.S. Marshal
        Counsel of Record

/142507/6#41370108 v1